UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU

| | |
|---|---|
| GUIZHOU TYRE CO., LTD. and GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., | |
| Plaintiffs, | Consol. Court No. 17-00100 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

# NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiff Aeolus Tyre Co., Ltd. appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *Guizhou Tyre Co., Ltd. v. United States*, Consol. Court No. 17-00100-TCS, on May 18, 2023 (ECF No. 128), including (but not limited to) the: (1) Opinion and Order dated May 24, 2019, Slip Op. 19-64 (ECF No. 68); (2) Opinion and Order dated May 14, 2021, Slip Op. 21-60 (ECF No. 102); and (3) Opinion and Order dated May 18, 2023, Slip Op. 23-79 (ECF No. 127). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*/s/ Jordan C. Kahn*
Ned H. Marshak
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4400

\*\*
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*Counsel to Consolidated Plaintiff
Aeolus Tyre Co., Ltd*

July 14, 2023

12278306_1