# United States Court of Appeals for the Federal Circuit

---

**GUIZHOU TYRE CO., LTD., GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., AEOLUS TYRE CO., LTD.,**
*Plaintiffs-Appellants*

**QINGDAO FREE TRADE ZONE FULL-WORLD INTERNATIONAL TRADING CO., LTD., XUZHOU XUGONG TYRES CO., LTD., TRELLEBORG WHEEL SYSTEMS (XINGTAI) CO., LTD., QINGDAO QIHANG TYRE CO., LTD., WEIHAI ZHONGWEI RUBBER CO., LTD.,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2163, 2023-2164

---

Appeals from the United States Court of International Trade in Nos. 1:17-cv-00100-TCS, 1:17-cv-00102-TCS, 1:17-cv-00103-TCS, 1:17-cv-00104-TCS, 1:17-cv-00111-TCS, 1:17-cv-00113-TCS, 1:17-cv-00123-TCS, Senior Judge Timothy C. Stanceu.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 28, 2025, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 20, 2025
Date

Jarrett B. Perlow
Clerk of Court